UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| STATE OF NORTH DAKOTA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) )  Civil No. 1:23-cv-00004 |
| THE UNITED STATES DEPARTMENT OF INTERIOR; *et al.*, | ) ) ) ) |
| Defendants. | ) |

**MOTION FOR PRELIMINARY INJUNCTION**

The State of North Dakota ("State" or "North Dakota") respectfully submits this Motion for Preliminary Injunction ("Motion") pursuant to Rule 65 of the Federal Rules of Civil Procedure, and the Administrative Procedure Act, 5 U.S.C. 705; 706(1)-(2).  North Dakota respectfully moves for this Court to grant this Motion for the reasons set forth in the accompanying memorandum in support of this Motion, and all exhibits and attachments thereto.

The Federal Defendants have unlawfully cancelled all but one of the eight quarterly federal oil and gas lease sales in North Dakota in 2021 and 2022 that were required by the federal Mineral Leasing Act ("MLA").  These unlawful cancellations are causing irreparable harm to North Dakota, impairing North Dakota's sovereign right and obligations to develop and regulate thousands of acres of private and state mineral resources that are communitized with federal mineral interests and blocked from development when the leasing of those federal interests is unlawfully cancelled.

For the reasons set forth above and in the accompanying memorandum, North Dakota respectfully requests that the Court:

1. Hold oral argument on North Dakota's Motion for Preliminary Injunction; and

2. Enter an ORDER granting North Dakota's Motion for Preliminary Injunction:

    A. Declaring the Federal Defendants actions of cancelling quarterly lease sales are unlawful;

    B. Enjoining and restraining the Federal Defendants under 5 U.S.C. 706(1) and 5 U.S.C. 705 from unlawfully cancelling future quarterly lease sales; and

    C. Compelling the Federal Defendants under 5 U.S.C. 706(1) to hold the previously cancelled quarterly lease sales for "available" lands.

Dated: January 9, 2023

DREW H. WRIGLEY
ATTORNEY GENERAL
STATE OF NORTH DAKOTA


/s/ *Paul M. Seby*
Paul M. Seby
Special Assistant Attorney General
Greenberg Traurig, LLP
1144 15th St, Suite 3300
Denver, CO 80202
Phone: (303) 572-6584
Email: sebyp@gtlaw.com

Matthew Sagsveen
Assistant Attorney General
Director of Natural Resources and Indian Affairs
600 E. Boulevard Ave Dept. 125
Bismarck ND 58505
Phone: (701) 328-2595
Email: masagsve@nd.gov

COUNSEL FOR PLAINTIFF
STATE OF NORTH DAKOTA

## CERTIFICATE SERVICE

I hereby certify that a true and correct copy of the **MOTION FOR PRELIMINARY INJUNCTION** has been served on this 9th day of January, 2023 via certified mail, return receipt requested upon:

The U.S. Department of Interior
1849 C Street NW
Washington, DC 20240

Debra Ann Haaland, Secretary
U.S. Department of the Interior
1849 C Street NW
Washington, DC 20240

The Bureau of Land Management
1849 C Street NW
Washington, DC 20240

Tracy Stone Manning, Director
The Bureau of Land Management
1849 C Street NW
Washington, DC 20240

Sonya Germann, Director
Bureau of Land Management
Montana/Dakotas State Office
5001 Southgate Drive
Billings, MT 59101

Merrick B. Garland
U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530-0001

U.S. Attorney's Office
Civil Process Clerk
950 Pennsylvania Ave., NW
Washington, DC 20530-0001

The U.S. Department of Interior
1849 C Street NW
Washington, DC 20240

*/s/ Paul M. Seby*

3